A CERTIFIED **TRUE COPY**

MAY 11 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED     MAY 1 1 2005
CLERK'S OFFICE
FILED
CLERK'S OFFICE
'05 MAY 15  P 2: 54

*DOCKET NO. 1629*

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

### *(SEE ATTACHED SCHEDULE A)*

### *ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER*

A conditional transfer order was filed in the 21 actions listed on the attached Schedule A on April 13, 2005. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in the 21 actions submitted a notice of opposition to the proposed transfer. Plaintiffs have now advised the Panel that they withdraw their initial opposition to transfer with respect to these 21 actions.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-6" filed on April 13, 2005, is LIFTED, and thus these 21 actions are transferred to the District of Massachusetts for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Patti B. Saris.

FOR THE PANEL:

Michael J. Beck

Michael J. Beck
Clerk of the Panel

## SCHEDULE A

MDL-1629 — In re Neurontin Marketing, Sales Practices and Products Liability Litigation

### Southern District of Alabama

*Darlene Owens, etc. v. Pfizer, Inc., et al.*, C.A. No. 1:04-768

### District of New Jersey

*James H. Whitehouse, Sr., et al. v. Pfizer, Inc., et al.*, C.A. No. 2:04-6257

### Northern District of New York

*Frank Vercillo, Jr. v. Pfizer, Inc., et al.*, C.A. No. 5:05-32

### Southern District of New York

*Gary L. Lyman, etc., et al. v. Pfizer, Inc., et al.*, C.A. No. 1:04-6704
*Mark Minisquero, et al. v. Pfizer, Inc., et al.*, C.A. No. 1:04-7297
*Nicole Justine James v. Pfizer, Inc., et al.*, C.A. No. 1:04-7374
*Jay DiGiacomo v. Pfizer, Inc., et al.*, C.A. No. 1:04-7962
*Avrill C. Aronson, etc. v. Pfizer, Inc., et al.*, C.A. No. 1:04-8721
*Joy Dodson, et al. v. Pfizer, Inc., et al.*, C.A. No. 1:04-8963
*Timothy P. Scott, etc. v. Pfizer, Inc., et al.*, C.A. No. 1:04-8990
*Dorothy Kern v. Pfizer, Inc., et al.*, C.A. No. 1:04-9249
*John Dees, et al. v. Pfizer, Inc., et al.*, C.A. No. 1:04-9304
*Peter Veraas v. Pfizer, Inc., et al.*, C.A. No. 1:04-9429
*Theodore Populis, et al. v. Pfizer, Inc., et al.*, C.A. No. 1:04-10265
*Kathleen Wilson, etc. v. Pfizer, Inc., et al.*, C.A. No. 1:05-72
*William Montgomery v. Pfizer, Inc., et al.*, C.A. No. 1:05-73
*Michael Mendoza v. Pfizer, Inc., et al.*, C.A. No. 1:05-74
*Johnnie Hargrove v. Pfizer, Inc., et al.*, C.A. No. 1:05-75
*Shanan Feyer, etc. v. Pfizer, Inc., et al.*, C.A. No. 1:05-76
*Gregory Retzer v. Pfizer, Inc., et al.*, C.A. No. 1:05-77
*Sidney Brown, etc. v. Pfizer, Inc., et al.*, C.A. No. 1:05-237

U5cv 11023 PBS

ECF, MEMBER, RELATED

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:04-cv-07962-JSR

| | |
|---|---|
| DiGiacomo v. Pfizer, Inc. et al | Date Filed: 10/08/2004 |
| Assigned to: Judge Jed S. Rakoff | Jury Demand: Defendant |
| Related Case: 1:04-cv-07374-JSR | Nature of Suit: 365 Personal Inj. Prod. |
| Case in other court: State Court-Supreme, 112310-04 | Liability |
| Cause: 28:1331 Fed. Question: Other | Jurisdiction: Federal Question |

**Plaintiff**

**Jay DiGiacomo**                                  represented by **Eleanor Louise Polimeni**
Finkelstein & Partners, LLP
436 Robinson Ave.
Newburgh, NY 12550
845-563-9421
Fax: 845-562-3492
Email: epolimeni@lawampm.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pfizer, Inc.**                                  represented by **Erik M. Zissu**
Davis Polk & wardwell
450 Lexington Avenue
New York, NY 10017
(212)450-4000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erik March Zissu**
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
(212) 450-4511
Fax: 212 450-3511
Email: zissu@dpw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Parke-Davis**                                  represented by **Erik M. Zissu**
*a division of Warner-Lambert*                   (See above for address)

Company and Warner-Lambert
Company L.L.C.

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erik March Zissu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Warner-Lambert Company**

represented by **Erik M. Zissu**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erik March Zissu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Warner-Lambert Company L.L.C.**

represented by **Erik M. Zissu**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erik March Zissu**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/08/2004 | 1 | NOTICE OF REMOVAL from Supreme Court, County of New York. Case Number: 112310-04. (Filing Fee $ 150.00, Receipt Number 522041).Document filed by Parke-Davis, Pfizer, Inc., Warner-Lambert Company, Warner-Lambert Company L.L.C..(laq, ) Additional attachment(s) added on 10/14/2004 (laq, ). (Entered: 10/12/2004) |
| 10/08/2004 | 2 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Parke-Davis, Pfizer, Inc., Warner-Lambert Company, Warner-Lambert Company L.L.C..(laq, ) Additional attachment(s) added on 10/14/2004 (laq, ). (Entered: 10/12/2004) |
| 10/08/2004 | | CASE REFERRED TO Judge Jed S. Rakoff as possibly related to 1:04-cv-7374. (laq, ) (Entered: 10/12/2004) |
| 10/08/2004 | | Case Designated ECF. (laq, ) (Entered: 10/12/2004) |
| 10/08/2004 | 3 | ANSWER to Complaint. Document filed by Parke-Davis, Pfizer, Inc., Warner-Lambert Company, Warner-Lambert Company L.L.C..(laq, ) (Entered: 10/12/2004) |

| 10/13/2004 | 4 | ANSWER to Complaint with JURY DEMAND. Document filed by Parke-Davis, Pfizer, Inc., Warner-Lambert Company, Warner-Lambert Company L.L.C..(Zissu, Erik) (Entered: 10/13/2004) |
| 10/15/2004 | 5 | NOTICE of Appearance by Eleanor Louise Polimeni on behalf of Jay DiGiacomo (Polimeni, Eleanor) (Entered: 10/15/2004) |
| 10/25/2004 | 6 | NOTICE OF CASE ASSIGNMENT to Judge Jed S. Rakoff. Judge Unassigned no longer assigned to the case. (gf, ) Modified on 10/26/2004 (gf, ). (Entered: 10/26/2004) |
| 10/25/2004 | | CASE ACCEPTED AS RELATED TO 1:04-cv-7374. (gf, ) (Entered: 10/26/2004) |
| 10/25/2004 | | Magistrate Judge Henry B. Pitman is so designated. (gf, ) (Entered: 10/26/2004) |
| 10/26/2004 | | Mailed notice to the attorney(s) of record. (gf, ) (Entered: 10/26/2004) |
| 10/27/2004 | | ORDER The Court, on its own motion, hereby consolidates for all purposes all six cases, 04cv6704, 04cv7297, 04cv7374, 04cv7960, 04cv7961, and 04cv7962, which collectively shall henceforth be captioned "In re Neurontin" and bear the docket number of the first-filed case, to wit, 04 Civ. 6704 (JSR). So Ordered. Original filed in case 04cv6704, doc #9. (Signed by Judge Jed S. Rakoff on 10/26/04) (jco, ) (Entered: 10/28/2004) |

## PACER Service Center

### Transaction Receipt

05/17/2005 16:27:21

| PACER Login: | us2510 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:04-cv-07962-JSR |
| Billable Pages: | 2 | Cost: | 0.16 |